UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARNELL C WILLIAMS,

        Plaintiff,

   v.

CAROLYN W. COLVIN,

        Defendant.

Case No. 16-cv-01105-JSW

**SECOND ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**

( )  IT IS ORDERED that the application to proceed in forma pauperis is GRANTED. Issuance of summons and service will be determined separately.

( X )  The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

( )  IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee is $400.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal for the above- entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( )  IT IS ORDERED that the application to proceed in forma pauperis is DENIED and the plaintiff is further ordered that:

1     ( ) Filing fee waived in part:  partial payment of $_____ due on _____,
2 remaining balance to be waived.
3     ( ) Partial payment of $_____ due on _____, remaining balance due and
4 payable on _____.
5     ( ) Partial payment of $_____ due on _____, remaining balance due in
6 installments as follows _____.
7 Failure to pay this amount will result in dismissal of the above-entitled action without
8 prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any
9 amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil
10 Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current
11 address.  Failure to do so may result in dismissal of this action.
12 Dated:   March 18, 2016

13 _____
14 JEFFREY S. WHITE
United States District Judge

16 (Not to be used in PRISONER OR HABEAS CORPUS CASES) (rev. 4/22/2014)