1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARNELL C. WILLIAMS,

      Plaintiff,

  v.

CAROLYN W. COLVIN,

      Defendant.

_____/

No. C 16-1105 JSW

**ORDER OF REFERRAL**

     Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is

HEREBY REFERRED to a randomly assigned magistrate judge for all further proceedings,

including trial and entry of a final judgment.

     **IT IS SO ORDERED.**

Dated:    April 5, 2016

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk