HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


Attorney for Plaintiff


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DARNELL C. WILLIAMS, ) | Case No:  4:16-cv-01105-KAW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (30) days up through and including Tuesday, September 13, 2016 in which to e-file his Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before October 11, 2016. This extension is necessitated by the number of cases (5) the firm presently has pending before this and other district courts that require briefing.

| | |
|---|---|
| Dated: August 11, 2016 | /s/Harvey P. Sackett |
| | HARVEY P. SACKETT |
| | Attorney for Plaintiff |
| | DARNELL C. WILLIAMS |
| | |
| | BRIAN J. STRETCH |
| | United States Attorney |
| | DEBORAH LEE STACHEL |
| | Acting Regional Chief Counsel, Region IX |
| | |
| Dated: August 11, 2016 | /s/RICHARD M. RODRIGUEZ |
| | RICHARD M. RODRIGUEZ |
| | Special Assistant U.S. Attorney |
| | Social Security Administration |

IT IS SO ORDERED.

Dated: 8/12/16

KANDIS A. WESTMORE
United States Magistrate Judge

2