HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/as

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL C. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,[1]<br><br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | Case No. 4:16-cv-01105-KAW<br><br>JOINT STIPULATION TO AWARD PLAINTIFF ATTORNEY FEES<br>[28 U.S.C. § 2412(d)] |

On September 18, 2017 this Court issued an order reversing the final decision of the Defendant, Nancy A. Berryhill, the Acting Commissioner of Social Security (Commissioner), with a remand for a rehearing. Judgment for Plaintiff was entered on the same day.

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 20, 2017. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted, therefore, for Acting Commissioner Carolyn W. Colvin as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

JOINT STIPULATION TO AWARD ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

In the interest of administrative and judicial economy, the parties have agreed to stipulate that an award of FIVE THOUSAND, SEVEN HUNDRED DOLLARS ($5,700.00) in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) is reasonable in this case. This award is without prejudice to Plaintiff's right to seek attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. However, this award shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action. Further, such award shall not be used as precedent in any future cases, nor be construed as a concession by the Commissioner that the original administrative decision denying benefits to Plaintiff was not substantially justified.

Under Astrue v. Ratliff, 560 U.S. 586 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). This Court should therefore order the EAJA fees to be paid to Plaintiff. The Commissioner recognizes that Plaintiff assigned his right to EAJA fees to his attorney. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner does not waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Accordingly, Defendant agrees to pay Plaintiff $5,700.00 in attorney's fees.

All parties whose signature lines appear in this document have consented to its filing.

Dated: December 14, 2017   By:   *s/ Harvey P. Sackett*
                                 HARVEY P. SACKETT
                                 Attorney for Plaintiff
                                 DARNELL C. WILLIAMS

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

JOINT STIPULATION TO AWARD ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

BRIAN STRETCH
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, region IX
Social Security Administration

Dated: December 14, 2017   By:   *s/ Richard Rodriguez*
RICHARD RODRIGUEZ
Special Assistant United States Attorney
(as authorized via e-mail 12/14/17)
Attorneys for Defendant

IT IS SO ORDERED.

Dated: 12/19/17

HON. KANDIS A. WESTMORE
United States Magistrate Judge